ROSEMARIE ERICH v. GAF CORPORATION.

June 9, 1987.

Petition for certification granted.

TOWNSHIP OF HAMILTON v. AFSCME LOCAL NO. 2475.

June 9, 1987.

Petition for certification denied.

KEVIN MCNAMARA v. LOUIS NICKOLOPOULOS.

June 9, 1987.

Petition for certification granted.

LULAMAE CHRISTMAS v. CITY OF NEWARK.

June 9, 1987.

Petition for certification denied.   (See 216 *N.J.Super.* 393)

ROBERT E. ENRIGHT v. HAROLD W. LUBOW.

June 9, 1987.

Petition for certification denied.   (See 215 *N.J.Super.* 306)